AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00385 |
| Kevin Louis Galetto | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 4/20/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Kevin Louis Galetto      ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice;
18 U.S.C. § 1752(a)(1), (2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, Knowingly Committing an Act of Physical Violence in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D), (E), (F), & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  04/20/2021                                2021.04.20 14:26:52 -04'00'
                                                 *Issuing officer's signature*

City and state:   Washington, D.C.               Zia M. Faruqui, U.S. Magistrate Judge
                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/20/2021, and the person was arrested on *(date)* 4/23/2021
at *(city and state)*  Westminster, CA.

Date: 4/23/2021                                  *Jessica Salo*
                                                 *Arresting officer's signature*

                                                 FBI SA Jessica Salo
                                                 *Printed name and title*