## United States District Court

## For the District of Columbia

_____

| United States of America, | : | |
|---|---|---|
| Plaintiffs, | : | **Case No.:** |
| v. | : | 21-mj-00385-ZMF |
| Kevin Louis Galetto, | : | |
| Defendant. | : | |

_____

**Motion Seeking Permission to Appear Pending Admission**

Richard A. Portale, an attorney in good standing in the State of New York, hereby affirms the following under penalty of perjury:

1. My law firm, PORTALE RANDAZZO LLP, has been retained to represent KEVIN LOUIS GALETTO, the defendant in the above-captioned matter.

2. On April 29, 2021, I applied for admission to the bar of this Court by filing my application for admission, sponsor's affidavit, and certificate of good standing through PACER.

3. I am currently admitted in good standing in the courts of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the Courts of Appeals for the Second and D.C. Circuits, and the United States Supreme Court.

3. Mr. Galetto is scheduled to appear before this Court via video teleconference for an initial appearance on Friday, April 30, 2021, at 1:00 p.m. before Magistrate Judge G. Michael Harvey.

4. Because my application for admission is still pending, I am requesting this Court's permission to appear for Mr. Galetto in connection with this matter until such time as my application is granted.

5. Pursuant to Local Criminal Rule 44.1(d) governing participation by non-members of this Court's bar, the judge to whom the case is assigned may permit an attorney who is not a member of this Court's bar to be heard in open court.

6. I respectfully request that Your Honor permit me to appear and be heard in open court during the initial appearance on April 30, 2021, and any appearances thereafter while my application for admission this Court's bar remains pending.

7.    I notified Assistant United States Attorneys Jennifer Rozzoni and Jacob Steiner via email on April 29, 2021, that I was preparing to make the instant application. The government takes no position on this motion and does not oppose it.

8.    As soon as my application is granted, I will formally enter my appearance and file the required certificate of familiarity with sentencing guidelines in accordance with Local Criminal Rule 44.5.

Dated:    White Plains, NY
          April 29, 2021

                                                  Respectfully submitted,

                                                  /s/ Richard Portale
                                                  Richard A. Portale
                                                  Portale Randazzo LLP
                                                  245 Main St., Suite 340
                                                  White Plains, NY 10601
                                                  Phone: (914) 359-2400
                                                  Fax: (914) 801-5447
                                                  rportale@portalerandazzo.com