United States District Court

For the District of Columbia

_____

| | |
|---|---|
| United States of America, | : |
| Plaintiffs, | : |
| v. | : |
| Kevin Louis Galetto, | : |
| Defendant. | : |

**Case No.:**

21-mj-00385-ZMF

_____

## Order

ORDERED that attorney Richard Portale's motion to appear and be heard in open court on behalf of the defendant while his application for admission to this Court is pending is hereby GRANTED. Counsel is directed to file a formal notice of appearance and certificate of familiarity with sentencing guidelines upon admission to this Court.

_____

Hon. G. Michael Harvey
United States Magistrate Judge