# United States District Court
# For the District of Columbia

_____

United States of America,           :

                Plaintiffs,    :              **Case No.:**

                      v.        :              21-mj-00385-ZMF

Kevin Louis Galetto,                :

                Defendant.    :

_____

## Order

ORDERED that attorney Richard Portale's motion to appear and be heard in open court on behalf of the defendant while his application for admission to this Court is pending is hereby GRANTED. Counsel is directed to file a formal notice of appearance and certificate of familiarity with sentencing guidelines upon admission to this Court.

Date: April 30, 2021   *nunc pro tunc*                      _____

                                                                                Hon. G. Michael Harvey
                                                                        United States Magistrate Judge