NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number

(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.  *

**\*Limited appearance for pre-indictment proceedings only.**

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA         ☐ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

(Attorney & Bar ID Number)

(Firm Name)

(Street Address)

(City)         (State)         (Zip)

(Telephone Number)