# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | : |
| Plaintiffs, | : |
| v. | :    **Case No.:** 1:21-mj-00385-ZMF |
| Kevin Louis Galetto, | : |
| Defendant. | : |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(d), the Defendant, Kevin Louis Galetto, moves for the admission and appearance of attorney Richard Portale *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Richard Portale, filed herewith. As set forth in Mr. Portale's declaration, he is admitted and an active member in good standing in the following courts and bars: the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the District of Columbia and Second Circuits, and the Supreme Court of the United States.

This motion is supported and signed by Nina J. Ginsberg, an active and sponsoring member of the Bar of this Court.

Dated:  June 8, 2021            Respectfully submitted,

/s/ Nina J. Ginsberg
Nina J. Ginsberg, Esquire
DC Bar No. 251496
*DiMuroGinsberg, PC*
1101 King Street, Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
Email Address: nginsberg@dimuro.com