**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, : | |
| Plaintiffs, : | |
| v. : | **Case No.:** 1:21-mj-00385-ZMF |
| Kevin Louis Galetto, : | |
| Defendant. : | |

**ORDER**

Pending before the Court is the Motion of Defendant Kevin Louis Galetto seeking admission of his attorney, Richard Portale, for admission to this Court *pro hac vice* with support from attorney Nina J. Ginsberg, a member in good standing of the bar of this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Portale's *pro hac vice* admission to this Court.

SO ORDERED this _____ day of June, 2021.

_____
Hon. Zia M. Faruqui
United States Magistrate Judge