UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

United States of America,           :

           Plaintiffs,           :

           v.                           :           **Case No.:** 1:21-mj-385 (ZMF)

Kevin Louis Galetto,                   :

           Defendant.           :

_____

## ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Richard A. Portale, and the information set forth in his declaration, it is hereby ORDERED that the Motion is GRANTED. Richard A. Portal is admitted *pro hac vice* and may appear on behalf of Defendant Kevin Louis Galetto in the above-captioned matter.

SO ORDERED this 9th day of June, 2021.

                                                    Zia M. Faruqui
                                                    2021.06.09
                                                    15:42:19 -04'00'

                                        _____
                                        The Honorable Zia M. Faruqui
                                        United States Magistrate Judge