UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | :    Case No.: 21-mj-385 (ZMF) |
| Kevin Louis Galetto, | : |
| Defendant. | : |

_____

### Order Permitting Travel and Transfer of Supervision

The Defendant, Kevin Louis Galetto, has moved this Court for permission to travel from the Central District of California to his sister's and brother-in-law's home at 2585 South Cortenay Pkwy., Merritt Island, FL 32952; and it

APPEARING THAT Mr. Galetto has sold his home in California and is relocating to Florida with his wife to live and work; and it

FURTHER APPEARING THAT Assistant United States Attorney, Jennifer M. Rozzoni, and Pretrial Services Officer, Vanessa Singh, have been provided with a copy of the Defendant's motion and proposed travel plan, and do not oppose his request to relocate; it is hereby

ORDERED that the Defendant is granted permission to travel from California to Merritt Island, Florida and to relocate to his sister's and brother-in-law's home at 2585 South Cortenay Pkwy., Merritt Island, FL 32952, and that subject to reasonable changes due to travel conditions, he abide by the following travel itinerary:

- **June 8, 2021 to June 9, 2021**: Picacho Peak RV Resort, 17065 E. Peak Lane, Picacho, AZ 85141, Phone: (520) 466-7841, Email: reservations@picachopeakrv.com

- **June 9, 2021 to June 10, 2021**: El Paso Roadrunner RV Park, 1212 Lafayette Drive, El Paso, TX 79907, Phone: (915) 598-4469, Email: elpasoroadrunnerrv@gmail.com

- **June 10, 2021 to June 11, 2021**: Kerrville KOA Journey, 2400 Goat Creek Road, Kerrville, TX 78028, Phone: (830) 895-1665

- **June 11, 2021 to June 13, 2021:** Lafayette KOA Holiday, 1825 Saint Mary St., Scott, LA 70583, Phone: (830) 625-5004

- **June 13, 2021 to June 18, 2021:** Twin Lakes Camp Resort, 580 Holley King Road, DeFuniak Springs, FL 32433, Phone: (850) 892-5914

- **June 18, 2021 to June 19, 2021:** Water's Edge RV Resort, 701 W. Highway 318, Citra, FL 32113, Phone (352) 595-4590

- **June 19, 2021**: Arrival at Sister and Brother-in-Law's House, 2585 South Cortenay Pkwy., Merritt Island, FL 32952, (714) 654-9341, Email: kmcguigan84@gmail.com; and it is

FURTHER ORDERED that prior to his departure from the Central District of California, the Defendant's location monitoring will be disabled, and thereafter, the Defendant will call his assigned pretrial services officer as directed every two days to verify his location and progress towards his destination; and it is

FURTHER ORDERED that upon arrival at his sister's home at 2585 South Cortenay Pkwy., Merritt Island, FL 12952, the Defendant's supervision will be transferred to the United States Probation Office for the Middle District of Florida, Orlando Division, which has jurisdiction over Brevard County, Florida, and his location monitoring will be reactivated.

All remaining conditions of supervision will remain the same.

Date:  June 9, 2021

_G. Michael Harvey_
G. Michael Harvey
United States Magistrate Judge