NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  1:21-mj-00385-ZMF

**Kevin Louis Galetto**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ■ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Richard Portale/ NY Bar No. 2955680 (appearing pro hac vice)
*(Attorney & Bar ID Number)*

Portale Randazzo LLP
*(Firm Name)*

245 Main St., Suite 340
*(Street Address)*

White Plains, NY 10601
*(City)   (State)   (Zip)*

(914) 359-2400
*(Telephone Number)*