# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | : | |
| | : | **Case No.:**   21-mj-385-ZMF |
| v. | : | |
| | : | |
| Kevin Louis Galetto, | : | |
| Defendant. | : | |

## ORDER

Before the Court is the Defendant's unopposed Motion to Modify Conditions of Release. Following the Defendant's initial appearance before this Court on April 30, 2021, he was released on his own recognizance, without objection by the United States, subject to certain conditions of release which included, among other things, that he would be required to submit to supervision and location monitoring as directed by the pretrial services office or supervising officer.

The Defendant has been on supervised release since that time and has - to this Court's knowledge - complied with all the conditions of his pretrial release, including but not limited to notifying pretrial services and obtaining their permission, as well as this Court's permission, before traveling by residential vehicle from the Central District of California to the Middle District of Florida to change his residence.  During that trip, the Defendant contacted pretrial services via telephone every two days to provide updates as to his location.  He has also surrendered his passport and any firearms in his possession and otherwise complied with the conditions of release imposed by this Court.

Assistant United States Attorney Jennifer Rozzoni has voiced no objection to the Defendant's request. In addition, the Pretrial Services Agency for the District of Columbia filed an update on July 16, 2021 noting that Defendant "has remained compliant with his conditions of release set forth by the courts" and indicating that Pretrial defers to the Court regarding the instant Motion. (ECF No. 22). For these reasons, it is hereby

**ORDERED** that Defendant's unopposed Motion to Modify Conditions of Release is **GRANTED**.  The conditions of release dated April 30, 2021, are modified as follows:  The condition of GPS location monitoring is struck.  All other conditions outlined in the Court's Order Setting Conditions of Release (ECF No. 10) remain in effect.

_____
G. Michael Harvey
United States Magistrate Judge