## United States District Court
## For the District of Columbia

| | |
|---|---|
| United States of America, : | |
| Plaintiffs, : | **Case No.:** |
| v. : | 1:21-cr-00517-CKK |
| Kevin Louis Galetto, : | |
| Defendant. : | |

## Motion for Admission of Attorney *Pro Hac Vice*

Pursuant to Local Criminal Rule 44.1(d), the Defendant, Kevin Louis Galetto, moves for the admission and appearance of attorney Chad Mair *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Chad Mair, filed herewith. As set forth in Mr. Mair's declaration, he is admitted and an active member in good standing in the following courts and bars: the State of New York and the State of Illinois. This motion is supported and signed by Richard Portale, an active and sponsoring member of the Bar of this Court.

Dated the 19th day of August 2021.

Respectfully submitted,

/s/ Richard A. Portale
Richard Portale
Portale Randazzo LLP
245 Main Street, Suite 340
White Plains, NY, 10601
Ph: (914) 359-2400
rportale@portalerandazzo.com
D.C. Bar No. NY0435

**United States District Court**

**For the District of Columbia**

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiffs, | : | **Case No.:** |
| v. | : | 1:21-cr-00517-CKK |
| Kevin Louis Galetto, | : | |
| Defendant. | : | |

**Declaration of Chad Mair**

**In Support of Motion for Admission *Pro Hac Vice***

I, Chad Mair, hereby declare:

1. My name, office address, and telephone number are:

Chad Mair
Portale Randazzo LLP
245 Main Street
Suite 340
White Plains, NY, 10601
Ph: (914) 359-2400

2. I am admitted to the following bars:

Illinois State Bar (2008, Bar No. 6293280)
New York State Bar (2019, Bar No. 5703012)

3. I am currently active and in good standing with all states, courts, and bars in which I am admitted, with no disciplinary actions against me.

4. I have not previously been admitted *pro hac vice* before this Court.

5. I am not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing information is true and correct. Executed in White Plains, New York, this 19th day of August 2021.

Dated:   White Plains, NY
         August 19, 2021

Respectfully submitted,

_____
Chad Mair
Portale Randazzo LLP
245 Main St., Suite 340
White Plains, NY 10601
Phone: (914) 359-2400
cmair@portalerandazzo.com

# United States District Court
# For the District of Columbia

| | |
|---|---|
| United States of America, : | |
| Plaintiffs, : | **Case No.:** |
| v. : | 1:21-cr-00517-CKK |
| Kevin Louis Galetto, : | |
| Defendant. : | |

## Order

Pending before the Court is the Motion of Defendant Kevin Louis Galetto seeking admission of his attorney, Chad Mair, for admission to this Court *pro hac vice* with support from attorney Richard Portale, a member in good standing of the bar of this Court. Upon consideration of the motion, finding it meritorious, the Court grants attorney Mair's *pro hac vice* admission to this Court.

SO ORDERED this ___ day of August 2021.

                                                                         Hon. Colleen Kollar-Kotelly
                                                                          United States District Judge