# United States District Court

# For the District of Columbia

_____

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiffs, | : | **Case No.:** |
| v. | : | 1:21-cr-00517-CKK |
| Kevin Louis Galetto, | : | |
| Defendant. | : | |

_____

# Declaration of Chad Mair

# In Support of Motion for Admission *Pro Hac Vice*

I, Chad Mair, hereby certify that I have read and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing information is true and correct. Executed in White Plains, New York, this 25th day of August 2021.

Dated:    White Plains, NY
         August 25, 2021

Respectfully submitted,

  /s/ Chad Mair
Chad Mair
Portale Randazzo LLP
245 Main St., Suite 340
White Plains, NY 10601
Phone: (914) 359-2400
cmair@portalerandazzo.com