AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> KEVIN LOUIS GALETTO ) <br> *Defendant* ) | Case No.  1:21-cr-00517-CKK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN LOUIS GALETTO

Date:   08/25/2021

_____
*Attorney's signature*

Chad Mair (appearing pro hac vice)
*Printed name and bar number*

245 Main St
Suite 340
White Plains, NY 10601
*Address*

cmair@portalerandazzo.com
*E-mail address*

(914) 359-2400
*Telephone number*

*FAX number*