## United States District Court
## For the District of Columbia

United States of America,            :

                Plaintiffs,   :

            v.                       :

Kevin Louis Galetto,                :

            Defendant.   :

**Case No.:**

1:21-cr-00517-CKK

### Defendant's Speedy Trial Waiver and Consent to Continuance

My attorney has fully advised me of my rights guaranteed under the Sixth Amendment to the Constitution and the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74. I understand I have the right to a trial within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above.  My attorney has also advised me that a continuance is necessary, and we have discussed the reasons for the continuance.

I understand that if the Court grants the motion to continue, all time between August 27, 2021 and the date of the re-scheduled status hearing, which would be set for October 26, 2021 will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act. I also agree to waive my arraignment until the next status hearing.

I declare under penalty of perjury that the foregoing information is true and correct. Executed this 26th day of August 2021.

Dated:       August 26, 2021

Respectfully submitted,

Kevin Galetto