UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-517 CKK |
| | : | |
| KEVIN LOUIS GALETTO | : | |
| | : | |
| Defendant. | : | |

### MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for Defendant regarding this motion and Defendant does not oppose the motion for an order to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Date: October 26, 2021

                                  Respectfully submitted,

                                  CHANNING PHILLIPS
                                  Acting United States Attorney
                                  D.C. Bar No. 415793

By:    *s/ Jennifer M. Rozzoni*
           JENNIFER M. ROZZONI
           NM Bar No. 14703
           Assistant United States Attorney
           District of Columbia
           Capitol Riot Detailee
           201 3rd Street, Suite 900
           Albuquerque, NM 87102
           (505) 350-6818
           jennifer.m.rozzoni@usdoj.gov