United States District Court

For the District of Columbia

| | |
|---|---|
| United States of America,      : | |
|                Plaintiffs,    : | **Case No.:** |
| v.                             : | 1:21-cr-00517-CKK |
| Kevin Louis Galetto,           : | |
|                Defendant.    : | |

### Defendant's Speedy Trial Waiver and Consent to Continuance

My attorney has fully advised me of my rights guaranteed under the Sixth Amendment to the Constitution and the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74. I understand I have the right to a trial within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. My attorney has also advised me that a continuance is necessary, and we have discussed the reasons for the continuance.

I understand that because the Court has granted the motion to continue, all time between January 24, 2022, and the date of the re-scheduled status hearing, March 25, 2022, will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act. I also agree to waive my arraignment on the Superseding Indictment until the next status hearing.

I declare under penalty of perjury that the foregoing information is true and correct. Executed this 24th day of March 2022.

Dated:      March 24, 2022

Respectfully submitted,

Kevin Galetto