# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 1:21-CR-00517-CKK |
| v. | : | |
| | : | |
| **KEVIN LOUIS GALETTO** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: November 28, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Sean P. McCauley*
Sean P. McCauley
NY Bar No. 5600523
Assistant United States Attorney
601 D Street NW
Washington, DC 20579
(202)252-1897
Sean.McCauley@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 28th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                 */s/ Sean P. McCauley*
                                                 Sean P. McCauley
                                                 Assistant United States Attorney