**COLLEEN KOLLAR-KOTELLY UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: 0090 1:21CR00517-001** |
| | : | |
| **vs.** | : | **Disclosure Date: <u>May 30, 2023</u>** |
| | : | |
| **Galetto, Kevin** | : | |

## <u>PARTIES OBLIGATION AND RESPONSE TO PRESENCE REPORT</u>

Pursuant to Fed. Rules of Crim. Proc. Rule 32(f)(1) and (2), the parties shall submit any material inaccuracies or disputes to the presentence investigation report (PSR), by **<u>June 13, 2023</u>** This form and/or objections to the PSR shall be filed via CM/ECF.

Note: The probation office never includes information about 18 USC § 3553(e) or USSG § 5K1.1, pursuant to Rule 32(c)(3).

### <u>For the Government</u>

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSR.

### <u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

(✓)     There are material/factual inaccuracies in the PSR.

### <u>Restrictions on Use and Redisclosure of Presence Report</u>

The presentence investigation report and this form are not public documents.

It is the policy of the federal judiciary and the Department of Justice that further redisclosure of the presentence investigation report is prohibited without the consent of the sentencing judge.

# PORTALE | RANDAZZO

June 13, 2023

Kristina Renfroe
U.S. Probation Officer
912-280-1340
Kristina_renfroe@gas.uscourts.gov
Via: CM/ECF

      **RE:**    **United States v Galetto; 21-cr-517**
            **Presentence Investigation Report**

Dear Officer Renfroe,

This letter serves to highlight several factual inaccuracies in the draft Presentence Investigation Report submitted to counsel in the case **United States of America v. Kevin Louis Galetto**, 21-cr-517, Dkt. 59. Counsel for Mr. Galetto reserves the right to make submissions to the final Presentence Investigation Report, due before this Court on July 24, 2023, and to address the proposed sentence in its sentencing memorandum due August 4, 2023.

The factual inaccuracies identified in the Presentence Investigation Report are as follows:
1. Page 2: Mr. Galetto was arrested in Westminster, CA, not Santa Maria, CA.
2. Paragraph 17: Mr. Galetto made his initial appearance in this case on April 30, 2021, not April 30, 2012.
3. Paragraph 79: Mr. Galetto reported earning $95,000 per year, not $495,000.

                                  Kind regards,

                                  */s/ Chad Mair*
                                  Chad Mair, Esq.

cc: Sean Patrick McCauley, Assistant U.S. Attorney, via CM/ECF