UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-517 (CKK) |
| KEVIN LOUIS GALETTO, | : | |
| | : | |
| Defendant. | : | |

## JOINT EXHIBIT LIST FOR SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Kevin Louis Galetto, with the advice of his counsel, hereby submit this List of Exhibits for Sentencing:

| Exhibit Number | Description | Length |
|---|---|---|
| 1 | Body Worn Camera from MPD Sergeant W.B. from the Lower West Tunnel between 2:41 p.m. and 2:43 p.m. Shows individuals first breach of the tunnel. | 1:38 |
| 2.1 | USCP CCV Camera 0074 showing the Lower West Tunnel between 2:49 p.m. and 2:52 p.m. Shows individuals' first breach of the tunnel and subsequent actions against law enforcement officers. Galetto is first seen on the beginning at timestamp 0:34. | 9:38 |
| 2.2 | USCP CCV Camera 0074 showing the Lower West Tunnel between 2:40 p.m. and 2:49 p.m. Shows individuals' encounters with law enforcement officers in the tunnel. Galetto is seen exiting the tunnel beginning at approximately timestamp 02:14. | 3:34 |
| 3.1 | Body Worn Camera from MPD Officer B.S. from the Lower West Tunnel between 2:41 p.m. and 2:43 p.m. Shows individuals' first breach of the tunnel. | 1:16 |
| 3.2 | Body Worn Camera from MPD Officer B.S. from the Lower West Tunnel between 2:43 p.m. and 2:47 p.m. Shows Galetto's actions against Officer B.S. beginning at timestamp 0:30. | 4:45 |
| 4 | Body Worn Camera from MPD Sergeant J.M. from the Lower West Tunnel between 2:42 p.m. and 2:47 p.m. Shows Galetto's actions against Officer B.S. beginning at timestamp 01:08. | 4:53 |
| 5 | Open source social media video showing Galetto exit the Lower West Tunnel at approximately 2:50 p.m. and signal to the crowd. Galetto is visible throughout. | 0:48 |

1

| | | |
|---|---|---|
| 6 | USCP CCV Camera 0074 showing the Lower West Tunnel between approximately 4:15 p.m. and 4:20 p.m. Shows individuals' continued efforts against law enforcement officers in the Lower West Tunnel. Galetto is visible throughout. | 5:17 |

\* \* \*

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov

By: */s/ Richard A. Portale*
RICHARD A. PORTALE
*Attorneys for Defendant*
245 Main Street, Suite 605
White Plains, New York 10601
Tel:    (914) 359-2400
E-mail: rportale@portalerandazzo.com
D.C. Bar No. NY0435

By: */s/ Chad Mair*
CHAD MAIR
*Attorneys for Defendant*
245 Main Street, Suite 605
White Plains, New York 10601
Tel:    (914) 359-2400
E-mail: cmair@portalerandazzo.com
New York Bar No. 5703012