**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-cr-517 (CKK)** |
| **KEVIN LOUIS GALETTO** | |
| **Defendant.** | |

## NOTICE OF VICTIM IMPACT STATEMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached victim impact statement from Metropolitan Police Department Officer B.S. for the court's consideration in the sentencing of the above matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     *s/ Sean P. McCauley*
SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov