First and foremost, I want to thank the court for taking the January 6th event seriously. That day was most certainly the worst day of my life. Knowing that justice is being sought for myself, and all of the other officers affected by the events of that day, gives me hope. And it's just the right thing to do. People should be held accountable for their actions.

I didn't know if I was going to survive that day. I was the most scared I had ever been in my life, and I didn't know if I was going to make it home.

Now, I live with the anxiety of January 6th. As much as I try to move on and get past it, I'm constantly reminded of it. It's my job to keep my community safe, so I watch the videos. I do the interviews. I help the court pursue the individuals that created havoc on that day. I endure remembering the worst day of my life over and over again so that things like this won't happen again.

Thank you for inviting me to have a statement in this hearing. It's unfortunate that I even have to, but it's important and needed that I do so.